UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF TEXAS
AUSTIN DIVISION

| | |
|---|---|
| Joseph Anthony Reyna, § | |
| *Plaintiff*, § | |
| § | |
| v. § | Case No. 1:25-cv-01498-ADA |
| § | |
| Capital One Financial Corporation § | |
| and Capital One Bank (USA), N.A., § | |
| *Defendants*. § | |

**ORDER**

Before the Court is the Report and Recommendation of United States Magistrate Judge Susan Hightower. Dkt. 5. Judge Hightower issued her report and recommendation on October 1, 2025, *id.* at 6, and Plaintiff filed objections to it shortly thereafter, Dkt. 8.

A party may file specific, written objections to a magistrate judge's proposed findings and recommendations within fourteen days after being served with a copy of the report and recommendation, thereby securing de novo review by the district court. 28 U.S.C. § 636(b)(1)(C).

Because Plaintiff timely objected to the report and recommendation, the Court reviews the report and recommendation de novo. Having done so and for the reasons given in the report and recommendation, the Court overrules Plaintiff's objections and adopts the report and recommendation as its own order.

Accordingly, the Court **ORDERS** that Plaintiff's complaint (Dkt. 1), is **DISMISSED WITH PREJUDICE** and that Plaintiff is **BARRED** from filing future

complaints in the Western District of Texas without obtaining prior approval from a district or magistrate judge.

**SIGNED** on November 6, 2025.

ALAN D ALBRIGHT
UNITED STATES DISTRICT JUDGE